UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ALLEN CHAPEL AFRICAN
METHODIST EPISCOPAL CHURCH ,

                Plaintiff,                            **ORDER**

           - against -                   24 Civ. 6000 (ER)

MT. HAWLEY INSURANCE
COMPANY,

                Defendant.
--------------------------------------------------------X

Ramos, D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either

party, subject to reopening should the settlement not be consummated **within sixty (60) days** of the

date hereof.

        Any application to reopen must be filed **within sixty (60) days** of this Order; any

application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are

advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any

settlement agreement, they must submit the settlement agreement to the Court **within the next sixty**

**(60) days** with a request that the agreement be "so ordered" by the Court.

        All deadlines are vacated and all appearances are canceled.

SO ORDERED.

Dated:  January 21, 2026
       New York, New York

                                       _____
                                    Edgardo Ramos, U.S.D.J.